FILED
Clerk
District Court

AUG 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIANG HUA LI, ) | Civil Action No. 05-0016 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE MANAGEMENT |
| ) | CONFERENCE ORDER |
| NEO FASHION, INC.; MS. CHEN, ) | |
| and JANE DOE, ) | |
| ) | |
| Defendants ) | |
| _____) | |

To: Loren A. Sutton, Attorney for Plaintiffs
Rexford C. Kosack and Glenn Jewell, Attorneys for Defendant Neo Fashion

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, each of the above-named shall be present at the Case Management Conference, set for Wednesday, September 7, 2005, at **8:15** a.m.

1

The parties shall be prepared to discuss:

(a) Service of process on parties not yet served;

(b) Jurisdiction and venue;

(c) Track assignment;

(d) Anticipated motions;

(e) Anticipated or remaining discovery, including limitation on discovery;

(f) Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g) Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h) Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i) Settlement prospects;

(j) Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

AO 72
(Rev. 8/82)

(k) Setting of dates for:

1. Joinder of all parties,
2. Motions to amend,
3. Discovery cut-off,
4. Status Conferences,
5. Discovery motion hearing date,
6. Dispositive motion cut-off,
7. Dispositive motion hearing date,
8. Settlement conference,
9. Joint pretrial order,
10. Final pretrial order,
11. Trial.

The Court recommends that this case be assigned to the **Expedited** track as defined by the Local Rule 16.2CJ.c.

DATED this 16th day of August, 2005.

                                           */s/ Alex R. Munson*
                                           ALEX R. MUNSON
                                                    Judge

AO 72 (Rev. 8/82)