Case 1:05-cv-00016   Document 6   Filed 08/22/2005   Page 1 of 1

FILED
Clerk
District Court

AUG 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

REXFORD C. KOSACK
GLENN A. JEWELL
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 410
Saipan, MP 96950
Telephone: (670) 322-8800

Attorneys for Defendant Neo Fashion Inc.

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIANG HUA LI;       )<br>                     )<br>     Plaintiff,   )<br>                     )<br>     v.              )<br>                     )<br>NEO FASHION INC., MS. CHEN and   )<br>JANE DOE;            )<br>                     )<br>     Defendants.     )<br>_____) | Civil Action No. 05-0016<br><br><br>**PROOF OF SERVICE** |

I, Jesusa T. Lobo, hereby certify that on the 16th day of August, 2005, I personally served a copy of the **Answer and Affirmative Defenses** on Plaintiff's Attorney, Loren A. Sutton, by delivering a copy to the Law Office of Loren A. Sutton, Garapan, Saipan.

I declare this to be true under penalty of perjury at Saipan, Commonwealth of the Northern Mariana Islands.

Dated: August 16, 2005

_____
Jesusa T. Lobo