```
                                                      FILED
                                                      Clerk
                                                  District Court

1  LAW OFFICE OF LOREN A SUTTON                    AUG 2 6 2005
   LOREN A. SUTTON, ATTORNEY AT LAW
2  SUMMER HOLIDAY HOTEL, SUITE 7101           For The Northern Mariana Islands
   P.O. BOX 5593 CHRB                          By_____
3  SAIPAN MP 96950                                    (Deputy Clerk)
   Telephone: (670) 235 8065
4  Fax:       (670) 235 8069

5  Counsel for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIANG HUA LI, | CIVIL ACTION NO. 05-0016 |
| Plaintiff, | |
| vs. | PLAINTIFF'S INITIAL DISCLOSURE |
| NEO FASHION INC., MS. CHEN and JANE DOE, | DATE: SEP 0 7 2005 |
| Defendants | TIME: 8:15 AM |

Pursuant to Fed. R. Civ.P. 26(a)(1) and L.R. 16.2CJ.d, Plaintiff hereby makes her intial disclosures:

I.

**Individuals Likely to Have Discoverable Information**

Pursuant to Rule 26(a)(1)(A), Plaintiff provides the following list of persons likely to have discoverable information that will support Plaintiff's allegations.

1. Rah Byung Moon (Neo Fashion, P.O. Box 1718, San Antonio

- 1 -

Saipan, MP 96950; Tel: 234 9642. This person is leaving Saipan on September 9, 2005.

    2. Chen Fu Min (Ms. Chen?)

    3. Shun Ying Liu

    4. Hui Juan Wu

    5. Jin Bao Wang

    6. Yu Bao Zhao

    7. Hjoong Lau Gu

    8. Plaintiff's Line Leader at Neo Fashion (Name unknown at present)

Addresses will be furnished as soon as available.

## II.

### Documents and Tangible Things

Pursuant to Rule 26(a)(1)(B) the following Documents and Tangible Things that are, or will be in possession of Plaintiff either originally or pursuant to discovery are as follows:

1. Plaintiff's personnel file

2. Personnel file of Li Xue Jiao.

3. Personnel files of above named in I, 2-8, above.

4. Company Handbook

5. Plaintiff's Labor Contract

III.

Computation of Damages

Pursuant to Rule 26(a)(1)(C), Plaintiff would seek, should this matter go to trial, back pay, compensatory damages, punitive damages, front pay, and attorney fees. The parties are presently negotiating a settlement and it is anticipated that such settlement shall be concluded prior to the September 7, 2005, Case Management Conference presently scheduled.

Respectfully submitted on this 26th day of August 2005.

*[signature]*
Loren A. Sutton
Counsel for Plaintiff
Bar No. Fo179

- 3 -