REXFORD C. KOSACK
GLENN A. JEWELL
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 410
Saipan, MP 96950
Telephone: (670) 322-8800

F I L E D
Clerk
District Court

AUG 2 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendant Neo Fashion Inc.

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| XIANG HUA LI; | ) | Civil Action No. 05-0016 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **PROOF OF SERVICE** |
| NEO FASHION INC., MS. CHEN and | ) | |
| JANE DOE; | ) | |
| | ) | |
| Defendants. | ) | |

I, Jesusa T. Lobo, hereby certify that on the 26th day of August, 2005, I personally served a copy of the Neo Fashion Inc.'s Initial Disclosures on Plaintiff's Attorney, Loren A. Sutton, by delivering a copy to the Law Office of Loren A. Sutton, Garapan, Saipan.

I declare this to be true under penalty of perjury at Saipan, Commonwealth of the Northern Mariana Islands.

Dated: August 29, 2005

_____
Jesusa T. Lobo