REXFORD C. KOSACK
GLENN A. JEWELL
LAW OFFICES OF REXFORD C. KOSACK
Bank of Hawaii Bldg., Third Floor
P.O. Box 500410
Saipan, MP 96950
Telephone: (670) 322-8800

F I L E D
Clerk
District Court

SEP 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Defendant Neo Fashion Inc

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIANG HUA LI,<br><br>  Plaintiff,<br><br>v.<br><br>NEO FASHION INC., MS. CHEN and<br>JANE DOE<br><br>  Defendants. | Case No. CV-05-0016<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER**<br>*ARM* (handwritten)<br><br>Judge: Alex R. Munson<br>Date: ~~September 7, 2005~~<br>Time: ~~8:15 a.m.~~ *Off-Calendar* |

The plaintiff and defendant Neo Fashion Inc., through their respective counsel, stipulate as follows:

1. The plaintiff and defendant Neo Fashion Inc. have reached a tentative agreement to resolve this case.

2. Pursuant to Local Rule 16.2CJ.e.2, plaintiff and defendant Neo Fashion Inc. are presently required to submit Case Management Conference Statements by September 2, 2005.

3. Plaintiff and defendant Neo Fashion Inc. hereby request the Court to vacate the September 2, 2005 deadline for submission of the Case Management Conference Statements and hold the deadline in abeyance while they finalize the resolution of this case.

9/1/05
Date

Glenn A. Jewell
Counsel for Defendant Neo Fashion Inc.

9/2/05
Date

Loren A. Sutton
Counsel for Plaintiff

## ORDER

For good cause shown, the Court HEREBY ORDERS that the deadline of September 2, 2005 for submission of the Case Management Conference Statements in this case is vacated and that the deadline is held in abeyance while plaintiff and defendant Neo Fashion Inc. work to resolve this case. A STATUS CONFERENCE IS SCHEDULED FOR SEPTEMBER 22, 2005 AT 10:00 AM

9-2-2005
Date

Alex R. Munson
Chief Judge, United States District Court

**RECEIVED**

SEP 0 2 2005

Clerk
District Court
For The Northern Mariana Islands

- 2 -