```
                                                    FILED
                                                    Clerk
                                                    District Court

                                                    SEP - 8 2005

GLENN A. JEWELL
LAW OFFICES OF REXFORD C. KOSACK            For The Northern Mariana Islands
Bank of Hawaii Bldg., Third Floor           By_____
P.O. Box 410                                        (Deputy Clerk)
Saipan, MP 96950
Telephone: (670) 322-8800
```

Attorneys for Defendant Neo Fashion Inc.

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| XIANG HUA LI, ) | Civil Action No. 05-0016 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION FOR DISMISSAL** |
| ) | **AND ORDER** |
| NEO FASHION INC., MS. CHEN, and ) | |
| JANE DOE, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Xiang Hua Li and Defendant Neo Fashion Inc., individually and through counsel, hereby stipulate and agree that this action should be and hereby is dismissed with prejudice, with each party to bear her or its own costs and attorneys' fees.

Dated this 7 day of September, 2005.

_____
XIANG HUA LI

_____
NEO FASHION INC.
By:

Respectfully submitted,

_____
GLENN A. JEWELL

_____
LOREN A. SUTTON

# ORDER

Good cause having been shown, it is hereby ORDERED that this action is dismissed in its entirety, with prejudice, with each party to bear her or its own costs and attorneys' fees.

Date: 9-8-05

*/s/ Alex R. Munson*
ALEX R. MUNSON
Chief Judge